IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTELLAS PHARMA INC., ASTELLAS US LLC, and ASTELLAS PHARMA US, INC., Plaintiffs, | ) | |
| v. | ) | C.A. No. 15-80 (LPS) |
| FRESENIUS KABI USA, LLC Defendant. | ) | |

**ANSWER TO COUNTERCLAIMS**

Plaintiffs and Counter-Claim Defendants Astellas Pharma Inc., Astellas US LLC, and Astellas Pharma US, Inc. (collectively, "Counterclaim-Defendants"), by their undersigned attorneys, for their answer to the Counterclaims of Fresenius Kabi USA, LLC ("Fresenius"), hereby state as follows:

**THE PARTIES**

**COUNTERCLAIM NO. 1**

Fresenius Kabi USA, LLC ("Fresenius") is a limited liability company organized and existing under the laws of the State of Delaware, having a place of business at Three Corporate Drive, Lake Zurich, Illinois 60047.

**RESPONSE TO COUNTERCLAIM NO. 1**

Admitted.

**COUNTERCLAIM NO. 2**

On information and belief, Astellas Pharma Inc. is a Japanese corporation, having its principal place of business at 2-5-1, Nihonbashi-Honcho, Chuo-Ku, Tokyo 103-8411, Japan.

**RESPONSE TO COUNTERCLAIM NO. 2**

Admitted.

**COUNTERCLAIM NO. 3**

On information and belief, Astellas US LLC is a Delaware limited liability company, having its principal place of business at 1 Astellas Way, Northbrook, Illinois 60062.

**RESPONSE TO COUNTERCLAIM NO. 3**

Admitted.

**COUNTERCLAIM NO. 4**

On information and belief, Astellas Pharma US, Inc. is a Delaware corporation, having its principal place of business at 1 Astellas Way, Northbrook, Illinois 60062.

**RESPONSE TO COUNTERCLAIM NO. 4**

Admitted.

**JURISDICTION**

**COUNTERCLAIM NO. 5**

This is a declaratory judgment action arising under the patent laws of the United States, 35 U.S.C. § 1 et seq. The Court has subject matter jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338. The requested relief is authorized by the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

**RESPONSE TO COUNTERCLAIM NO. 5**

Admitted that Fresenius' counterclaims arise under these acts, but denied that Fresenius is entitled to any requested relief.

**COUNTERCLAIM NO. 6**

The Court has personal jurisdiction over each of Astellas Pharma Inc., Astellas US LLC and Astellas Pharma US, Inc. because, *inter alia,* they have subjected themselves to the jurisdiction of the Court by filing the Complaint and prosecuting this action, and because, on information and belief, either directly or through agents, they each transact business in, and derive substantial revenue from, activities conducted in Delaware.

**RESPONSE TO COUNTERCLAIM NO. 6**

Paragraph No. 6 contains legal conclusions and allegations to which no answer is required. To the extent an answer may be required, Counterclaim-Defendants admit that there is

personal jurisdiction in this action, otherwise denied.

**COUNTERCLAIM NO. 7**

Venue as to these Counterclaims is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400.

**RESPONSE TO COUNTERCLAIM NO. 7**

Paragraph No. 7 contains legal conclusions and allegations to which no answer is required. To the extent an answer may be required, Counterclaim-Defendants admit that venue is proper in this jurisdiction for this action.

**FACTUAL BACKGROUND**

**COUNTERCLAIM NO. 8**

According to the United States Food & Drug Administration ("FDA") publication entitled Approved Drug Products and Therapeutic Equivalence Evaluations (the "Orange Book"), Astellas Pharma US, Inc. holds approved New Drug Application ("NDA") No. 021506 for Mycamine®.

**RESPONSE TO COUNTERCLAIM NO. 8**

Admitted.

**COUNTERCLAIM NO. 9**

NDA holders are required to disclose to the FDA the patent numbers of patents claiming the drug or the method of using such drug for which the NDA is submitted. The FDA lists these patents in the Orange Book.

**RESPONSE TO COUNTERCLAIM NO. 9**

Paragraph No. 9 contains legal conclusions and allegations to which no answer is required.

**COUNTERCLAIM NO. 10**

U.S. Patent No. 6,107,458 (the "' 458 patent") is entitled "Cyclic Hexapeptides Having Antibiotic Activity," and states that it was issued on August 22, 2000.

**RESPONSE TO COUNTERCLAIM NO. 10**

Admitted.

**COUNTERCLAIM NO. 11**

U.S. Patent No. 6, 774, 104 (the "'104 patent") is entitled "Stabilized Pharmaceutical Composition In Lyophilized Form," and states that it was issued on August 10, 2004.

**RESPONSE TO COUNTERCLAIM NO. 11**

Admitted.

**COUNTERCLAIM NO. 12**

Upon information and belief, Astellas Pharma Inc. is the owner of the '458 and '104 patents. Upon information and belief, and as stated in the Complaint, Astellas US LLC is the exclusive licensee of the '458 and '104 patents.

**RESPONSE TO COUNTERCLAIM NO. 12**

Counterclaim-Defendants admit that Astellas Pharma Inc. is the record owner and assignee of the '458 and '104 patents, and that Astellas US LLC is the exclusive licensee of the '458 and '104 patents to develop, import, market, sell, distribute, and promote any and all pharmaceutical formulations in finished package forms which contain micafungin sodium as the active ingredient in the United States; otherwise denied.

**COUNTERCLAIM NO. 13**

Upon information and belief, one or more of the Counterclaim-Defendants caused the '458 and '104 patents to be listed in the Orange Book as patents that claim Mycamine® or methods of using Mycamine®.

**RESPONSE TO COUNTERCLAIM NO. 13**

Admitted.

**COUNTERCLAIM NO. 14**

On January 23, 2015, Counterclaim-Defendants filed this lawsuit alleging infringement of the '458 and '104 patents.

**RESPONSE TO COUNTERCLAIM NO. 14**

Admitted.

**COUNTERCLAIM NO. 15**

Fresenius submitted ANDA No. 207344 (the "Fresenius ANDA") to the FDA under 21 U.S.C. § 355(j) seeking approval for the commercial manufacture, use, or sale in the United States of generic micafungin sodium for injection containing 50 mg/vial and 100 mg/vial of micafungin sodium (the "Fresenius ANDA Product"). The Fresenius ANDA includes a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) of the Federal, Food, Drug and Cosmetic Act (the "Act") that the '458 and '104 patents are invalid and/or will not be infringed by the commercial manufacture, use, or sale of the Fresenius ANDA Product.

**RESPONSE TO COUNTERCLAIM NO. 15**

Astellas Pharma Inc. admits that it received a Notice Letter from Fresenius stating that it filed an ANDA and purporting to comply with the requirements for a Paragraph IV certification, and stating that the ANDA was assigned No. 207344, otherwise denied.

**COUNTERCLAIM NO. 16**

Fresenius sent notice of that certification to Astellas Pharma Inc. and Astellas Pharma US, Inc. on or about December 12, 2014. Upon information and belief, and as Counterclaim-Defendants allege in the Complaint, Astellas Pharma Inc. and Astellas Pharma US, Inc. received that notification.

**RESPONSE TO COUNTERCLAIM NO. 16**

Astellas Pharma Inc. admits that it received a Notice Letter from Fresenius dated December 12, 2014, stating that Fresenius filed an ANDA and purporting to comply with the requirements for a Paragraph IV certification, and that the letter was addressed to the Chief Executive Officer of Astellas Pharma Inc.; the Chief Executive Officer of Astellas Pharma US, Inc., c/o Astellas Pharma Global Development, Inc.; and Oblon, Spivak, McClelland, Maier & Neust; otherwise denied.

**COUNTERCLAIM NO. 17**

A justiciable controversy exists as to the infringement and validity of the '458 and '104 patents because Counterclaim-Defendants brought an action alleging that the importation,

manufacture, use, offer for sale, or sale of the products that are the subject of the Fresenius ANDA would infringe those patents, and Fresenius has denied the alleged infringement and further alleges that the claims of the ’458 and ’104 patents are invalid. This controversy is of sufficient immediacy and reality to warrant the issuance of a Declaratory Judgment.

**RESPONSE TO COUNTERCLAIM NO. 17**

Admitted.

**FIRST COUNTERCLAIM**
**(DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE ’458 PATENT)**

**COUNTERCLAIM NO. 18**

Fresenius hereby re-alleges and incorporates by reference the allegations in paragraphs 1-17 of these Counterclaims.

**RESPONSE TO COUNTERCLAIM NO. 18**

Counterclaim-Defendants repeat and re-allege their answers to Paragraph Nos. 1-17 of the counterclaims as is fully set forth herein.

**COUNTERCLAIM NO. 19**

Fresenius has not infringed, is not infringing, and will not infringe any valid and enforceable claim of the ’458 patent directly or indirectly, or either literally or by the doctrine of equivalents.

**RESPONSE TO COUNTERCLAIM NO. 19**

Denied.

**COUNTERCLAIM NO. 20**

Fresenius is entitled to a judicial declaration that it has not infringed, contributed to the infringement of, or induced the infringement of the ’458 patent either literally or under the doctrine of equivalents; and that the manufacture, use, sale, offer for sale, or importation of the Fresenius ANDA Product that is the subject of the Fresenius ANDA has not infringed, does not infringe, and will not infringe any valid and enforceable claims of the ’458 patent.

**RESPONSE TO COUNTERCLAIM NO. 20**

Denied.

**SECOND COUNTERCLAIM**
**(DECLARATORY JUDGMENT OF INVALIDITY OF THE ’458 PATENT)**

**COUNTERCLAIM NO. 21**

Fresenius hereby re-alleges and incorporates by reference the allegations in paragraphs 1-20 of these Counterclaims.

**RESPONSE TO COUNTERCLAIM NO. 21**

Counterclaim-Defendants repeat and re-allege their answers to Paragraph Nos. 1-20 of the counterclaims as is fully set forth herein.

**COUNTERCLAIM NO. 22**

The ’458 patent and each of the claims thereof are invalid at least for failure to comply with one or more conditions for patentability set forth in one or more provisions of 35 U.S.C. §§ 101, 102, 103, and/or 112, or under other judicially-created bases for invalidation.

**RESPONSE TO COUNTERCLAIM NO. 22**

Denied.

**COUNTERCLAIM NO. 23**

Fresenius is entitled to a judicial declaration that all of the claims of the ’458 patent are invalid.

**RESPONSE TO COUNTERCLAIM NO. 23**

Denied.

**THIRD COUNTERCLAIM**
**(DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE ’104 PATENT)**

**COUNTERCLAIM NO. 24**

Fresenius hereby re-alleges and incorporates by reference the allegations in paragraphs 1-23 of these Counterclaims.

**RESPONSE TO COUNTERCLAIM NO. 24**

Counterclaim-Defendants repeat and re-allege their answers to Paragraph Nos. 1-23 of the counterclaims as is fully set forth herein.

**COUNTERCLAIM NO. 25**

Fresenius has not infringed, is not infringing, and will not infringe any valid and enforceable claim of the ’104 patent directly or indirectly, or either literally or by the doctrine of equivalents.

**RESPONSE TO COUNTERCLAIM NO. 25**

Denied.

**COUNTERCLAIM NO. 26**

Fresenius is entitled to a judicial declaration that it has not infringed, contributed to the infringement of, or induced the infringement of the ’104 patent either literally or under the doctrine of equivalents; and that the manufacture, use, sale, offer for sale, or importation of the Fresenius ANDA Product that is the subject of the Fresenius ANDA has not infringed, does not infringe, and will not infringe any valid and enforceable claims of the ’104 patent.

**RESPONSE TO COUNTERCLAIM NO. 26**

Denied.

## FOURTH COUNTERCLAIM
## (DECLARATORY JUDGMENT OF INVALIDITY OF THE ’104 PATENT)

**COUNTERCLAIM NO. 27**

Fresenius hereby re-alleges and incorporates by reference the allegations in paragraphs 1-26 of these Counterclaims.

**RESPONSE TO COUNTERCLAIM NO. 27**

Counterclaim-Defendants repeat and re-allege their answers to Paragraph Nos. 1-26 of the counterclaims as is fully set forth herein.

**COUNTERCLAIM NO. 28**

The ’104 patent and each of the claims thereof are invalid at least for failure to comply with one or more conditions for patentability set forth in one or more provisions of 35 U.S.C. §§ 101, 102, 103, and/or 112, or under other judicially-created bases for invalidation.

**RESPONSE TO COUNTERCLAIM NO. 28**

Denied.

**COUNTERCLAIM NO. 29**

Fresenius is entitled to a judicial declaration that all of the claims of the ’104 patent are invalid.

**RESPONSE TO COUNTERCLAIM NO. 29**

Denied.

**PRAYER FOR RELIEF**

Counterclaim-Defendants deny that Fresenius is entitled to any relief, either as prayed for in the Counterclaims or otherwise.

Counterclaim-Defendants further deny each allegation contained in Fresenius’ Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Answer to Fresenius’ Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Robert L. Baechtold
John D. Murnane
Simon D. Roberts
Erin J.D. Austin
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800

March 9, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2015 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 9, 2015, upon the following in the manner indicated:

John C. Phillips, Jr., Esquire *VIA ELECTRONIC MAIL*
David A. Bilson, Esquire
PHILIPS, GOLDMAN, & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806-4204
*Attorneys for Defendant Fresenius Kabi USA, LLC*

Daryl L. Wiesen, Esquire *VIA ELECTRONIC MAIL*
Kenneth L. Mueller, Esquire
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
*Attorneys for Defendant Fresenius Kabi USA, LLC*

Kenneth L. Mueller, Esquire *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
*Attorneys for Defendant Fresenius Kabi USA, LLC*

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)